# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA MODUS, CORP.<br><br>PLAINTIFF(S)<br><br>v.<br><br>ADROIT WORLDWIDE MEDIA, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:25–cv–02470<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  __11/3/2025__          ____              ____

Date Filed         Doc. No.       Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: November 7, 2025          By: /s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*
                                        Deputy Clerk